IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO. 1:09-cr-00007-MP-AK

JOHN EDDIE PATTERSON,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 22, a letter from the warden of the Federal Detention Center in Miami, Florida, concerning the status of the mental health examination of the defendant, John Eddie Patterson. On March 16, 2009, the Magistrate entered an order (Doc. 15) directing pursuant to 18 U.S.C. §§ 4241 and 4242 that the defendant be committed to the custody of the Attorney General for placement in a suitable facility for the purpose of conducting a mental health examination to determine whether the defendant is mentally competent to stand trial and whether he was insane at the time of the charged offense. Under § 4242, such commitment must not exceed forty-five days. According to the warden, Defendant arrived at the Federal Detention Center for his examination on April 13, 2009. Accordingly, the examination of the defendant shall be completed by Thursday, May 28, 2009. If more time is needed to examine the defendant, the warden must file a motion showing good cause for an extension not to exceed 30 days. See 18 U.S.C. § 4247(b).

    **DONE AND ORDERED** this  *24th* day of April, 2009

                                *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge