# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

   VS           CASE NO.  1:09-CR-7-001/MP

JOHN EDDIE PATTERSON

## FINANCIAL REFERRAL AND ORDER

Regarding refund of funds for: __ Fine, _X_ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By: _____John Eddie Patterson #20593-017___ (Payee)
Address: USP Coleman I
     PO Box 1033
     Coleman, FL 33521

Receipt Number  _B060710DFLN109CR000007_

Date of Receipt  _7/20/10_

Motion: N/A

Explanation: On May 25, 2010 the Clerk's Office received $1,950.00 from the Treasury Offset Program (TOP). This paid Mr. Patterson's restitution in full. On July 20, 2010 the Clerk's Office received $25.00 on the June 2010 Bureau of Prisons (BOP) report for Mr. Patterson's account. Requesting authorization to refund the $25.00 received on July 20, 2010, as well as, any other payments from BOP for this case. There may be a timing difference on the BOP stopping payments for this account.

SHEILA HURST-RAYBORN, Acting Clerk of Court

Prepared by: ___*s/Philip Detweiler*___
     Philip Detweiler, Financial Specialist   Date:  August 4, 2010

Referred by: _____,Deputy Clerk

## ORDER OF COURT

It is ORDERED this  _4th_  day of  _August_, 2010, that the Clerk refund the identified funds to the payee.

APPROVED  _X_

DENIED_____       _s/Maurice M. Paul_
             MAURICE M. PAUL, SENIOR
             UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99