UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.       CASE NO. 1:09-cr-00007-MP-GRJ

JOHN EDDIE PATTERSON,

    *Defendant.*

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 25, 2016. ECF No. 38. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). In lieu of filing objections, Defendant has filed a motion for leave to file a supplemental pleading, along with the pleading. ECF No. 43. The Court grants leave to file and has considered the supplemental pleading along with the Report and Recommendation.

Having considered the Report and Recommendation and the supplemental pleading, I have determined that the Report and Recommendation should be adopted. The Magistrate Judge correctly concluded that the *Johnson* decision is inapplicable to Defendant's case as

Defendant's sentence was not enhanced under the residual clause of the Armed Career Criminal Act but rather the Chapter Four enhancement of the United States Sentencing Guidelines. Furthermore, his enhancement was not affected by the residual clause of the career offender guideline because both prior convictions (aggravated assault and robber) are specifically enumerated as crimes of violence in Application Note 1 of § 4B1.2, and each offense also had explicitly enumerated elements of violence.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Defendant's motion for leave to file supplemental pleading, ECF No. 43, is **GRANTED.**

2. The Magistrate Judge's Report and Recommendation, ECF No. 38, is adopted and incorporated by reference in this order.

3. Defendant's motion to vacate, set aside, or correct sentence, ECF No. 37, is **DENIED AND DISMISSED**.

4. A certificate of appealability is **DENIED**.

**SO ORDERED on August 24, 2016.**

        <u>s/Mark E. Walker</u>
        **United States District Judge**